**PRENOVOST, NORMANDIN, DAWE & ROCHA**
**A Professional Corporation**
**KAREL ROCHA, SBN 212413**
krocha@pnbd.com
**JASON MEYER, SBN 299032**
jmeyer@pnbd.com
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.:     (714) 547-2444**
**Fax No.:       (714) 835-2889**

Attorneys for NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,
PA.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as assignee and subrogee of Diamond Investment Properties,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DIGGS, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  4:25-cv-09464-KAW<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL**<br><br>[No Hearing Required on Stipulation] |

Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as assignee and subrogee of Diamond Investment Properties, ("Plaintiff") and Defendant CHRISTIAN DIGGS, an individual ("Defendant") (collectively "the Parties"), respectfully request and stipulate that this Honorable Court dismiss this matter and retain jurisdiction to enforce the Settlement Agreement, dated February 11, 2026, entered into by the Plaintiff and Defendant.

Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that this matter be dismissed, in its entirety.

IT IS FURTHER STIPULATED AND AGREED THAT, this Honorable Court shall retain jurisdiction over this matter solely to enforce the terms of the Settlement Agreement, until such time that all terms of the Settlement Agreement have been performed.

9477.0028 / 03094579.1                                    1                           Case No. 4:25-cv-09464-KAW

JOINT STIPULATION AND ORDER OF DISMISSAL

IT IS FURTHER STIPULATED THAT, except as otherwise set forth in the settlement agreement, each party shall bear its own attorney's fees, costs, and litigation expenses.

DEFENDANT CHRISTIAN DIGGS HEREBY CONSENTS AND AGREES THAT: in accordance with the provisions of 28 U.S.C. § 636(c), he voluntarily consents to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

DEFENDANT CHRISTIAN DIGGS FURTHER ACKNOWLEDGES AND UNDERSTANDS THAT: appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO STIPULATED AND AGREED**.

DATED: March 3|, 2026

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation

By: _____
KAREL ROCHA
JASON MEYER
Attorneys for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

DATED: March 30, 2026

By: _____
CHRISTIAN DIGGS, an individual
In Pro Se

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
TEL (714) 547-2444 • FAX (714) 835-2889

9477.0028 / 03094579.1                    2                    Case No. 4:25-cv-09464-KAW

**ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1. All of the Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'s claims in the above-captioned matter against Defendant CHRISTIAN DIGGS, an individual, be dismissed pursuant to Federal Rule of Civil Procedure 41(a).

2. This Court shall retain jurisdiction solely to enforce the Settlement Agreement between the Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and Defendant CHRISTIAN DIGGS, an individual, until such time that all of the terms of the Settlement Agreement have been performed.

3. Except as otherwise set forth in the Settlement Agreement between the parties, each party shall bear its own attorney's fees, costs, and litigation expenses.

**IT IS SO ORDERED**

Date: April 1, 2026

_____
KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92705-2614
TEL (714) 547-2444 • FAX (714) 835-2889

9477.0028 / 03094579.1                    3                    Case No. 4:25-cv-09464-KAW

JOINT STIPULATION AND ORDER OF DISMISSAL